# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patricia Duda,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:06cv269

The Charlotte-Mecklenburg Hospital Authority,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2007 Order.

Signed: August 9, 2007

Frank G. Johns, Clerk
United States District Court